# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

JAMES CHARLES FUDGE
ADC #078875                                                                                       PLAINTIFF

v.                                           4:25-cv-00974-JM

BARBRA SMALLWOOD; *et al.*                                                           DEFENDANTS

## ORDER

On September 24, 2025, the Court ordered Plaintiff to pay the filing fee in full or file an Application to Proceed *In Forma Pauperis* within thirty days and warned him that this case could be dismissed without prejudice if he failed to do so.  (Doc. 3.)  Plaintiff has not complied with that Order, and the time to do so has passed.

IT IS, THEREFORE, ORDERED that the Complaint (Doc. 1) is DISMISSED without prejudice due to a lack of prosecution. *See* Fed. R. Civ. P. 41(b); Local Rule 5.5(c)(2).  It is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

Dated this 28th day of October 2025.

_____
UNITED STATES DISTRICT JUDGE