IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

JAMES CHARLES FUDGE
ADC #078875                                                                                           PLAINTIFF

v.                                            4:25-cv-00974-JM

BARBRA SMALLWOOD; *et al.*                                                                 DEFENDANTS

## JUDGMENT

Consistent with the Order entered separately today, Plaintiff's claims are DISMISSED WITHOUT PREJUDICE, and this case is CLOSED. It is certified that an *in forma pauperis* appeal from this Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

Dated this 28th day of October 2025.

_____
UNITED STATES DISTRICT JUDGE